```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PLAID TAKEOVER, LLC and GERALD ISAAC     :
MUSIC GROUP LLC,                         :
                                         :           23cv3014 (DLC)
                            Plaintiff,   :
                 -v-                     :           ORDER
                                         :
KIM LAMONT OWENS p/k/a KEM,              :
                                         :
                            Defendant.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 25, 2023, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by June 16, 2023. It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by June 16, 2023. Defendant's reply, if any, shall be filed by June 30. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for June 16, 2023 is adjourned sine die.

Dated:   New York, New York
         May 26, 2023

                          _____
                                DENISE COTE
                        United States District Judge