```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PLAID TAKEOVER, LLC and GERALD ISAAC    :
MUSIC GROUP LLC,                        :
                                        :      23cv3014 (DLC)
                     Plaintiffs,        :
                                        :          ORDER
          -v-                           :
                                        :
KIM LAMONT OWENS p/k/a KEM,             :
                                        :
                     Defendant.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On May 25, 2023, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On June 16, the plaintiffs filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's May 25 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by July 7, 2023. If the defendant renews her motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by July 28. Defendant shall file any reply by August 11. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        June 23, 2023

                                     _____
                                         DENISE COTE
                                    United States District Judge